**DISMISS and Opinion Filed February 21, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00113-CV

### IN RE TRACY NIXON, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-08065**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Reichek

We vacate our order dated February 5, 2024. Relator has been declared a vexatious litigant and is prohibited from filing any new litigation in a court of this State pro se without first obtaining permission from the appropriate local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(a). Before the Court is relator's February 2, 2024 petition for writ of mandamus. Relator challenges a January 2, 2024 order of a local administrative judge denying relator's request to file a new lawsuit.

When a local administrative judge denies a litigant permission to file litigation, a litigant may apply for a writ of mandamus with the court of appeals, but

the application must be filed "not later than the 30th day after the date of the decision." *Id*. § 11.102(f). Here, the administrative judge denied relator's request to file litigation on January 2, 2024. Thus, relator's deadline to apply for a writ of mandamus was February 1, 2024. Relator did not file his petition for writ of mandamus until February 2, 2024. Nixon therefore failed to timely file a mandamus petition pursuant to § 11.102(f). *See In re Nixon*, No. 03-22-00299-CV, 2022 WL 1720087, at *1 (Tex. App.—Austin May 22, 2022, orig. proceeding) (mem. op.).

Accordingly, we dismiss the petition for writ of mandamus for want of jurisdiction.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

240113F.P05